A CERTIFIED TRUE COPY

APR 6 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR – 6 2004

FILED
CLERK'S OFFICE

APR – 7 2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND          DEPUTY
BY

*DOCKET NO. 1586*

**FILED**

APR 2 1 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

*Roger Kelso v. Columbia Acorn Trust, et al.*, S.D. Illinois, C.A. No. 3:03-769   04-1157
*David Kenerley v. Templeton Funds, Inc., et al.*, S.D. Illinois, C.A. No. 3:03-770   04-1158
*John Bilski v. Aim International Funds, Inc., et al.*, S.D. Illinois, C.A. No. 3:03-772   04-1159

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these three actions (*Kelso, Kenerley* and *Bilski*) on March 3, 2004.  Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Kelso, Kenerley* and *Bilski* filed a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on March 3, 2004, is LIFTED insofar as it relates to these three actions, and thus the actions are transferred to the District of Maryland for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

4-14-04

full, true and correct
my office and in my

CANNON
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy